Argued and submitted April 17, reversed and remanded for reconsideration
May 15, 2003

STATE OF OREGON,
*Appellant,*

*v.*

ORRIN OWENS,
*Respondent.*

01-11-53181; A117565

69 P3d 763

Daniel J. Casey, Assistant Attorney General, argued the cause for appellant. With him on the briefs were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Kenneth E. Kahn II argued the cause for respondent. With him on the brief was Kahn & Associates, Attorneys.

Before Edmonds, Presiding Judge, and Brewer and Schuman, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of *State v. Warner*, 181 Or App 622, 47 P3d 497, *rev den*, 335 Or 42 (2002).